```
                  UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF PENNSYLVANIA


BIENVENIDO RODRIGUEZ, JR.,     :
                               :
          Plaintiff            :
                               :   NO. 3:CV-08-765
     -vs-                      :
                               :   (Judge Kosik)
                               :
JEFFREY A. BEARD, et al.,      :
                               :
          Defendants           :
```

## **ORDER**

NOW, THIS 8th DAY OF AUGUST, 2008, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff having identified defendant John Doe as Alan B. Fogel, Director of the Bureau Health Care Prison Services, 2520 Lisburn Road, P.O. Box 598, Camp Hill, PA 17001, the United States Marshal is directed to serve plaintiff's complaint on the defendant, Alan B. Fogel.

*s/Edwin M. Kosik*
United States District Judge